FILED
January 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ANTHONY RAY WRIGHT,<br><br>    Defendant. | Case No. 2:18-cr-00093-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ANTHONY RAY WRIGHT, Case No. 2:18-cr-00093-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__  Release on previously imposed supervised release conditions.

  ____  Bail Posted in the Sum of: $

        ____  Co-Signed Unsecured Appearance Bond

        ____  Secured Appearance Bond

        __X__  (Other) <u>Conditions as stated on the record.</u>

        ____  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/23/2019 at 2:35 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge