UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 10, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY RAY WRIGHT,

    Defendant.

Case No. 2:18-cr-00093-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTHONY RAY WRIGHT ,  Case No.  2:18-cr-00093-KJM  Charge 18 U.S.C. § 3583 , from custody for the following reasons:

      X    Release on Previously Imposed Supervised Release Conditions

          Bail Posted in the Sum of $

          Unsecured Appearance Bond $

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):

Issued at Sacramento, California on March 10, 2021 at 2:10 p.m.

By: *[signature]*
Magistrate Judge Jeremy D. Peterson